IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-356-GCM

| | | |
|---|---|---|
| BETH MONTGOMERY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAM'S WET, INC., | ) | |
|     Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **February 12, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: October 26, 2016

Graham C. Mullen
United States District Judge