IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00356-GCM

| | |
|---|---|
| BETH MONTGOMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| SAM'S WEST, INC., D/B/A SAM'S CLUB, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Defendant's Motion for Independent Medical Exam (Doc. No. 16). The deadline for a response from the Plaintiff was June 14, 2017 and none was filed. For good cause and for the reasons set forth in the Defendant's Motion, the motion is GRANTED. Plaintiff is required to submit to two physical examinations conducted by Dr. C. Thomas Gualtieri, MD, and Dr. Aaron Hervey PhD, ABPP within the scope outlined in the Defendant's motion. The parties are instructed to find dates and times convenient with Plaintiff and the medical examiners for these examinations

SO ORDERED.

Signed: June 15, 2017

*[signature]*

Graham C. Mullen
United States District Judge