# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-356

| | |
|---|---|
| BETH MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SAM'S WEST, INC., ) | |
| d/b/a SAM'S CLUB, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon its own motion. The trial in this matter is hereby re-set for June 18, 2018 at 10:00 a.m. in Courtroom 2-2 in Charlotte. The deadline set in this Court's March 15, 2018 order (Doc. No. 27) for pre-trial matters is hereby re-set for May 21, 2018, at 4:00pm.

**SO ORDERED.**

Signed: April 23, 2018

Graham C. Mullen
United States District Judge