# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:16-cv-356

| | |
|---|---|
| BETH MONTGOMERY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SAM'S WEST, INC. d/b/a SAM'S CLUB, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Motions in Limine and *Daubert* Motion filed by the parties in this case. Responses to these Motions shall be filed no later than Friday, June 8, 2018. Replies shall be filed no later than Tuesday, June 12, 2018.

**SO ORDERED**.

Signed: June 6, 2018

Graham C. Mullen
United States District Judge