IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-356

| | |
|---|---|
| BETH MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SAM'S WEST, INC., ) | |
| d/b/a SAM'S CLUB, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon its own motion. In light of the Parties Notice of Settlement, filed July 9, 2018, the Court hereby orders that the trial in this matter be continued from the July 30, 2018, calendar.

**SO ORDERED.**

Signed: July 9, 2018

Graham C. Mullen
United States District Judge